407 F.2d 1339
 The UNITED STATES of America, for the Use and Benefit of
Thomas D. SLIGH and M. L. Shaw, Partners, d/b/a
Sligh Plumbing & Heating Company,
Plaintiff-Appellee,
v.
FULLERTON CONSTRUCTION COMPANY and Continental Casualty
Company, Defendants-Appellants.
 No. 12885.
 United States Court of Appeals Fourth Circuit.
 Feb. 13, 1969.
 
 Michael H. Quinn, Columbia, S.C. (Fulmer, Barnes, Berry & Austin, Columbia, S. C., on brief), for appellants.
 Edgar L. Morris, Columbia, S. C., for appellee.
 Before SOBELOFF, BRYAN and CRAVEN, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the opinion of the district judge. D.C., 296 F.Supp. 518.
 
 
 2
 Affirmed.